UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> D.J. & SONS TRUCKING, INC., <br> a Washington Corporation, <br><br> Defendant. | CASE NO. C06-391-MAT <br><br> ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE NOTING DATE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant filed a motion to continue the noting date of plaintiff's motion for summary judgment. (Dkt. 13.) Defendant's counsel seeks to continue the noting date from September 8, 2006 to September 29, 2006. He requests the continuance due to his obligations in a variety of other legal matters. Plaintiff objects to defendant's request. (Dkt. 16.) In support, plaintiff points to the objective of promptly resolving Employee Retirement Income Security Act ("ERISA") cases of this kind, and the fact that defendant did not raise any substantive defenses in its answer to plaintiff's complaint.

Having considered defendant's motion and plaintiff's objection, the Court hereby finds and ORDERS:

(1) Defendant's motion is GRANTED. Defendant reasonably requests a relatively short extension of the noting date and provides sufficient justification for the requested extension.

ORDER
PAGE -1

Moreover, plaintiff fails to provide any compelling reason for denying defendant's request. As such, plaintiff's motion for summary judgment (Dkt. 9) is hereby renoted for consideration on **September 29, 2006.**

(2) The Clerk is directed to send copies of this Order to counsel for plaintiff and defendant.

DATED this 23rd day of August, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2